# United States District Court

_____ DISTRICT OF _____

Olga Stump, plaintiff

v.

Kenneth Stump, defendant

**SUMMONS IN A CIVIL CASE**

**CASE NUMBER:** 1:04CV253

**TO:** (Name and address of defendant)

Kenneth Stump
2424 Cloverfield Ct.
Ft. Wayne, IN 46808

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Apexa Patel
10819 Monte Vista Ct.
Fort Wayne, IN 46814

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_Stephen R. Ludwig_                          7/1/04
**CLERK**                                    **DATE**

_[signature]_
**(BY) DEPUTY CLERK**

AO 440 (Rev. 10/93) Summons in a Civil Action (Reverse)

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____
_____

☐ Returned unexecuted: _____
_____
_____
_____

☐ Other (specify): _____
_____
_____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____      _____
                      Date                                                   Signature of Server

                                                                   _____
                                                                   Address of Server

---

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.